## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND (GREENBELT)

_____

JENNIFER COLE,                                       CASE NO.
                Plaintiff,

     vs.

TRANSWORLD SYSTEMS INC.;
SHER FINANCIAL GROUP INC.;
EXPERIAN INFORMATION
SOLUTIONS, INC.; EQUIFAX
INFORMATION SERVICES, LLC;
E MORTGAGE MANAGEMENT LLC;
TRANS UNION, LLC; CAPITAL ONE
NATIONAL ASSOCIATION; WELLS
FARGO BANK NATIONAL ASSOCIATION;
CITIBANK, NA; UNITED CONSUMERS, INC.;
SQUARETWO FINANCIAL SERVICES
CORPORATION; CACH, LLC; PORTFOLIO
RECOVERY ASSOCIATES, LLC; OLIPHANT
FINANCIAL LLC; JH PORTFOLIO DEBT
EQUITIES, LLC; HERBERT A. ROSENTHAL
CHARTERED; DATA MORTGAGE, INC.;
EQUITY LOANS, LLC; GREAT PLAINS
NATIONAL BANK; AMERICAN TRUST
CAPITAL LENDING, INC.; and MORTGAGE
PRODUCERS, INC.;
                Defendants.

_____

## TRANS UNION, LLC'S NOTICE OF REMOVAL
_____

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union")

hereby removes the subject action from the Circuit Court for Prince George's County, Maryland, to the

United States District Court for the District of Maryland, on the following grounds:

1.     Plaintiff Jennifer Cole served Trans Union on or about April 14, 2015, with a Summons

and Complaint filed in the Circuit Court for Prince George's County, Maryland.  Copies of the

Summons and Complaint are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit B**.  No other process, pleadings or orders have been served on Trans Union.

2.      Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA").  See Complaint ¶¶ 33-35.

3.      This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.      Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland.

5.      As of the date of this Notice Of Removal, the state court docket reflects that Defendants Transworld Systems, Inc.; Sher Financial Group, Inc.; Experian Information Solutions, Inc.; Equifax Information Services, LLC; E Mortgage Management, LLC; Capital One National Association; Wells Fargo Bank National Association; Citibank, NA; United Consumers, Inc.; Squaretwo Financial Services Corporation; CACH, LLC; Portfolio Recovery Associates, LLC; Oliphant Financial, LLC; JH Portfolio Debt Equities, LLC; Herbert A. Rosenthal Chartered; Data Mortgage, Inc.; Equity Loans, LLC; Great Plains National Bank; American Trust Capital Lending, Inc. and Mortgage Producers, Inc. have not been served.  Counsel for Trans Union was made aware of Experian Information Solution, Inc.'s receipt of service.  Counsel for Trans Union has contacted counsel for Experian and they have consented to this removal as evidenced by the consent attached hereto as **Exhibit C**.

6.      Notice of this removal will promptly be filed with the Circuit Court for Prince George's County, Maryland and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Circuit Court for Prince George's County, Maryland to this United States District Court, District of Maryland.

Respectfully submitted,


*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the

**20th day of April, 2015**.  Notice of this filing will be sent to the following parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following

parties via First Class, U.S. Mail, postage prepaid, on the **20th day of April, 2015**, properly addressed

as follows:

| **<u>Pro Se Plaintiff</u>**<br>Jennifer Cole<br>12601 King Arthur Court<br>Glenn Dale, MD  20769 | |
|---|---|

*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*