IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| JENNIFER COLE | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No: 8:15-cv-01121-GJH |
| | ) |
| CAPITAL ONE, NATIONAL ASSOCIATION, ET AL. | ) |
| | ) |
| Defendants | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as dismissed, with prejudice as to all claims against United Consumers, Inc.. Each party will be responsible for paying its own costs, expenses and attorney fees.

THE LAW OFFICES OF
RONALD S. CANTER, LLC

Jennifer Cole
12601 King Arthur Court
Glenn Dale, Maryland 20769
*Pro se Plaintiff*

Bradley T. Canter, Esq.
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: bcanter@roncanterllc.com
*Attorney for United Consumers, Inc.*

**APPROVED:** _____
United States District Judge

1