UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Jennifer Cole, )<br>)<br>          Plaintiff, )<br>)<br>v. )<br>)<br>Capital One, National Association, )<br>Wells Fargo Bank, National Association, )<br>Citibank, N.A., Transworld Systems, Inc., )<br>United Consumers, Inc., Square Two )<br>Financial Services Corporation, Cach, LLC, )<br>Portfolio Recovery Associates, LLC, )<br>Oliphant Financial, LLC, JH Portfolio )<br>Debt Equities, LLC, Herbert A. Rosenthal, )<br>Chartered, Data Mortgage, Inc., E Mortgage )<br>Management, LLC, Equity Loans LLC, )<br>Great Plains National Bank, American )<br>Trust Capital Lending, Inc., Mortgage )<br>Producers, Inc., Sher Financial Group, Inc., )<br>Equifax Information Services, LLC, )<br>Trans Union, LLC, and Experian )<br>Information Solutions, Inc. )<br>)<br>          Defendants. ) | Case No.: 15-CV-01121-GJH |

**AGREED STIPULATION TO DISMISS TRANSWORLD SYSTEMS, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendant, Transworld Systems, Inc. ("TSI") be dismissed, with prejudice, with each party to bear its own costs. It is further agreed that the captioned matter, 15-CV-01121, shall continue as to any remaining parties.

_____
Jennifer Cole, *pro se*
12601 King Arthur Court
Glenn Dale, Maryland 20769
Plaintiff, *Pro Se*
Email: jenniferwcole@aol.com

/s/: Merrilyn Ratliff
_____
Merrilyn Ratliff, Esq.
WHITEFORD, TAYLOR & PRESTON, L.L.P.
7 St. Paul Street
Baltimore, Maryland 21202
Telephone:   (410) 347-8789
Facsimile:   (410) 752-7092
Email: MRatliff@wtplaw.com

Attorney for Defendant,
Transworld Systems, Inc.

_____
Date

_____
Date