UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 MAY 26   AM 11: 29

CLERK'S OFFICE
AT GREENBELT

BY ___BU___ DEPUTY

Jennifer Cole,

    Plaintiff,

v.

    Civil Action No. 8:15-cv-01121-GJH

Capital One, National Association *et al.*,

    Defendants.

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jennifer Cole hereby voluntarily dismisses with prejudice the Plaintiff's claims against *only* Defendant CitiBank, N.A. with each side to bear its own fees and costs.

Dated: May 26, 2015.

_____
Jennifer Cole, *pro se*
12601 King Arthur Court
Glenn Dale, Maryland 20769