IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER COLE | * | |
| Plaintiff | * | |
| v. | * | Case No.: 15-cv-01121-GJH |
| CAPITAL ONE, NATIONAL ASSOCIATION, et al. | * | |
| | * | |
| Defendants | | |

* * * * * * * * * * * * * *

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT WELLS FARGO BANK, N.A.**

Pursuant to Federal Rule 41(a)(1)(i), Plaintiff, Jennifer Cole hereby voluntarily dismisses **with prejudice** all claims asserted by her in this action against the Defendant, Wells Fargo Bank, N.A., with each side to bear their own fees and costs.

*Jennifer Cole*
Jennifer Cole
12601 King Arthur Court
Glenn Dale, MD  20769

*Plaintiff, pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2 day of June, 2015, a copy of the foregoing paper was served upon the following via the Court's ECF filing system and/or first class mail, postage prepaid, to:

Henry Mark Stichel, Esq.
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD 21201
hmstichel@ghsllp.com
*Attorney for Trans Union LLC*

Katherine E. Carlton, Esq.
Schuckit and Associates PC
4545 Northwestern Drive
Zionsville, IN 46077
kcarlton@schuckitlaw.com
*Attorney for Trans Union LLC*

Sandy David Baron, Esq.
SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
sbaron@shulmanrogers.com
*Attorney for Experian Information Solutions, Inc.*

John P. Lynch, Esq.
Aaron D. Neal, Esq.
McNamee, Hosea, Jernigan, Kim, Greenan
 & Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
jlynch@mhlawyers.com
aneal@mhlawyers.com
*Attorney for Great Plains National Bank*

Lauren M. Burnette, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
lmburnette@mdwcg.com
*Attorney for CACH, LLC*

Lauren M. Burnette, Esq.
Marshall, Dennehey, Warner, Coleman
 & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
lmburnette@mdwcg.com
*Attorney for SquareTwo Financial Services Corporation*

Nathan D. Adler, Esq.
Neuberger, Quinn, Gielen, Rubin & Gibber, PA
One South Street, 27th Floor
Baltimore, MD 21202-3201
nda@nqgrg.com
*Attorney for Equifax Information Services LLC*

Keith S. McGurgan, Esq.
Portfolio Recovery Associates, LLC
140 Corporate Blvd.
Norfolk, VA 23502
kmcgurgan@portfoliorecovery.com
*Attorney for Portfolio Recovery Associates, LLC*

Lauren M. Burnette, Esq.
Marshall, Dennehey, Warner, Coleman
  & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA  17011
lmburnette@mdwcg.com
*Attorney for Portfolio Recovery Associates, LLC*

Lauren M. Burnette, Esq.
Marshall, Dennehey, Warner, Coleman
  & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA  17011
lmburnette@mdwcg.com
*Attorney for JH Portfolio Debt Equities, LLC*

Virginia W. Barnhart, Esq.
Sarah E. Meyer, Esq.
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, MD 21204
*Attorneys for Defendant, Wells Fargo Bank, N.A.*

And by first class mail, postage prepaid, upon the following:

Jennifer Cole
12601 King Arthur Court
Glenn Dale, MD  20769

Capital One, National Association
SERVE: CSC-Lawyers Incorporating
  Service Co.
7 St. Paul Street, Suite 820
Baltimore, MD  21202

Oliphant Financial, LLC
SERVE: CSC-Lawyers Incorporating
  Service Co.
7 St. Paul Street, Suite 820
Baltimore, MD  21202

Sher Financial Group, Inc.
SERVE: Gregory Sher
4446 Roland Spring Drive
Baltimore, MD  21210

Herbert A. Rosenthal, Chartered
SERVE: Charles F. Gormly
11303 Mitscher Street
Kensington, MD  20895

American Trust Capital Lending, Inc.
SERVE: National Registered Agents, Inc.
  of MD
351 West Camden Street
Baltimore, MD  21201

E Mortgage Management, L.L.C.
SERVE: National Registered Agents, Inc.
  of MD
351 West Camden Street
Baltimore, MD  21201

Equity Loans LLC
SERVE: Incorp Services, Inc.
1519 York Road
Lutherville, MD  21093

*/s/ JC*
Jennifer Cole