IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| Jennifer Cole | : | |
| Plaintiffs | : | |
| v. | : | Case No.: 8:15-cv-01121-GJH |
| Capital One, N.A., *et al.* | : | |
| Defendants | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO GREAT PLAINS NATIONAL BANK

Jennifer Cole, *pro se*, and Great Plains National Bank ("GPNB"), by and through its undersigned counsel, stipulate to the dismissal, with prejudice, of any claims against GPNB in this case, pursuant to Fed. R. Civ. P. 41. This dismissal shall have no effect on Plaintiff's remaining claims against the other Defendants in this case.

Respectfully submitted,

McNamee, Hosea, Jernigan, Kim,
Greenan & Lynch, P.A.

/s/   Aaron D. Neal
Aaron D. Neal – Bar No. 28566
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Tel.  301-441-2420
Fax  301-982-9450
aneal@mhlawyers.com
*Attorneys for GPNB*

Respectfully submitted,

Jennifer Cole, *pro se*
12601 King Arthur Court
Glenn Dale, Maryland 20769
jenniferwcole@aol.com

**Certificate of Service**

I hereby certify that on this 8th day of June, 2015, copies of the foregoing paper were filed

via CM/ECF and thus served via electronic mail on:

Virginia Wood Barnhart, Esq.
Henry Mark Stichel, Esq.
Sarah E. Meyer, Esq.
Katherine Elisabeth Carlton, Esq.
Sandy David Baron, Esq.
Bradley T. Canter, Esq.
Lauren M. Burnette, Esq.

and served via first class mail on:

Jennifer Cole
12601 King Arthur Court
Glenn Dale, Maryland 20769

      /s/  Aaron D. Neal
      Aaron D. Neal