IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| JENNIFER COLE<br>Plaintiff<br><br>vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, ET AL.<br>Defendants | )<br>)<br>)<br>)<br>)   Case No: 8:15-cv-01121-GJH<br>)<br>)<br>) |

# DEFENDANT DATA MORTGAGE, INC'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM, LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

Defendant, Data Mortgage, Inc., by and through counsel, moves pursuant to Fed.R.Civ.P. 12(b)(2), 12(b)(3) and 12(b)(6) to dismiss Plaintiff's Complaint for lack of personal jurisdiction, improper venue and failure to state a claim upon which relief may be granted, and as grounds therefore refers this Honorable Court to the accompanying Brief in support of its motion.

Respectfully submitted,
Pennington Law Firm

_____
Walt Pennington, 06068
3302 30th Street
San Diego, CA 92104-4535
wpennington@pennfirm.com
619 940 6157
Counsel for Data Mortgage, Inc.

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of DEFENDANT DATA MORTGAGE, INC'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM, LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE was sent by first class mail, postage prepaid on Monday, September 21, 2015 to the following:

Jennifer Cole
12601 King Arthur Court
Glenn Dale, MD 20769-8912
Plaintiff Pro Se

Phillip C. Chang, Esq.
McGuire Woods LLP
2001 K Street, N.W.
Suite 400
Washington, DC 20006
E-Mail: pchang@mcguirewoods.com
*Attorney for Capital One, National Association*

Lauren M. Burnette, Esq.
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011
E-mail: lmburnette@mdwcg.com
Attorney for Square Two Financial Services Corporation,
Cach, LLC
Portfolio Recovery Associates LLC
JH Portfolio Debt Equities LLC

Keith Steven McGurgan, Esq.
Portfolio Recovery Associates, Inc.
140 Corporate Blvd.
Norfolk, VA 23502
Email: kmcgurgan@portfoliorecovery.com
Attorney for Portfolio Recovery Associates LLC

Charles F. Gormly, Esq.
Law Office of Charles F. Gormly
5101 Wisconsin Avenue, N.W.
Suite 210
Washington, DC 20016-4137
Email: cfgormly@earthlink.net
Attorney For Oliphant Financial LLC
Herbert A. Rosenthal, Chartered

E Mortgage Management, LLC
Serve: Nat'l registered Agents Inc. of MD
351 W. Camden Street
Baltimore, MD 21201
*Defendant*

Equity Loans LLC
Serve: Incorp. Services, Inc.
1519 York Road
Lutherville, MD 21093
Defendant

American Trust Capital Lending, Inc.
Serve: Nat'l Registered Agents Inc. of MD
836 Park Avenue, 2nd Floor
Baltimore, MD 21201
Defendant

Mortgage Producers, Inc.
Serve: Incorp Services, Inc.
1519 York Road
Lutherville, MD 21093
*Defendant*

Sher Financial Group, Inc. Serve: Gregory Sher
4446 Roland Spring Drive
Baltimore, MD 21210
*Defendant*

Nathan Daniel Adler, Esq.
Neuberger Quinn Gielen Rubin and Gibber PA
One South Street
27th Floor
Baltimore, MD 21202
Email: nda@nqgrg.com
Attorney for Equifax Information Services LLC

Henry Mark Stichel, Esq.
Gohn Hankey Stichel & Berlage, LLP
201 N. Charles Street, Suite 101
Baltimore, MD 21201-4168
Email: hmstichel@ghsllp.com
Attorney for Trans Union, LLC

Katherine Carlton Robinson, Esq.
Schuckit and Associates PC
4545 Northwestern Drive
Zionsville, IN 46077-7834
Email: krobinson@schuckitlaw.com
*Attorney for Trans Union, LLC*

Sandy David Baron, Esq.
Schulman Rogers Gandal Pordy & Ecker, PA
12505 Park Potomac Avenue
Sixth Floor
Potomac, MD 20854-6803
Email: sbaron@shulmanrogers.com
Attorney for DMI Information Solutions, Inc

_____
Walt Pennington, 06068
Pennington Law Firm
3302 30th Street
San Diego, CA 92104-4535
wpennington@pennfirm.com
619 940 6157
Counsel for Data Mortgage, Inc.