IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER COLE,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, et al.<br><br>  Defendants. | Case No.: 15-cv-01121-GJH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO CLAIMS AGAINST DEFENDANT E MORTGAGE MANAGEMENT, LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Jennifer Cole hereby voluntarily dismisses with prejudice all claims asserted by her in this action against the Defendant, E Mortgage Management, LLC, with each side to bear their own fees and costs.

_____
Jennifer Cole
68 Watkins Park Drive, Unit 4624
Upper Marlboro, MD 20775

*Plaintiff, pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2015, a true and accurate copy of the foregoing document was served on ECF registered counsel of record via CM/ECF, and on the following via United States mail, postage prepaid:

American Trust Capital Lending, Inc.
National Registered Agents Inc. of Maryland
836 Park Avenue, 2nd Floor
Baltimore, Maryland 21201

Equity Loans LLC
Incorp. Services, Inc.
1519 York Rd.
Lutherville, MD 21093

Mortgage Producers, Inc.
Incorp. Services, Inc.
1519 York Rd.
Lutherville, MD 21093

Sher Financial Group, Inc.
c/o Gregory Sher
4446 Roland Spring Dr.
Baltimore, MD 21210

_____
Jennifer Cole
*Plaintiff, pro se*