IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

JENNIFER COLE,

    Plaintiff,

v.

CAPITAL ONE, NATIONAL
ASSOCIATION, et al.

    Defendants.

Case No.: 15-cv-01121-GJH

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO CLAIMS AGAINST DEFENDANT CAPITAL ONE, NATIONAL ASSOCATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Jennifer Cole hereby voluntarily dismisses with prejudice all claims asserted by her in this action against the Defendant, Capital One, National Association, with each side to bear their own fees and costs.

                                                                                                                _____
                                                                                                                Jennifer Cole
                                                                                                                68 Watkins Park Drive, Unit 4624
                                                                                                                Upper Marlboro, MD 20775

                                                                                                                *Plaintiff, pro se*