IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jennifer Cole,

    *Plaintiff*

v.                                                **Case No.: 8:15-cv-01121-GJH**

Capital One, National Association, et al,

    *Defendants*

## STIPULATION TO DISMISS DEFENDANT
## MORTGAGE PRODUCERS, INC. WITH PREJUDICE

It is hereby stipulated and agreed by and between plaintiff Jennifer Cole and defendant Mortgage Producers, Inc., parties to the above entitled action, that the Defendant Mortgage Producers, Inc. be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.


By:  /s/Scott Robinson                            By:  /s/ See Attached authorization
WILSON KEADJIAN BROWNDORF LLP           Jennifer Cole
Scott R Robinson Fed. Bar No.: 10184             68 Watkins Park Drive, Unit 4624
srobinson@first-legal.com                                Upper Marlboro, Maryland 20775
174 Waterfront Street, Suite 400                  (202) 810-5720
National Harbor, MD 20745                           *Pro Se Plaintiff*
Tel: (301) 599-7700 ext. 128
Fax: (301) 599-2100
*Attorneys for Defendant Mortgage Producers, Inc.*