FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 JUN 10 P 4: 58

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| JENNIFER COLE, | * |
| Plaintiff, | * |
| v. | * Case No.: GJH-15-1121 |
| CAPITAL ONE, NATIONAL ASSOCATION, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On May 5, 2016, the Court ordered that Plaintiff show cause within 28 days as to why her claims against Defendants Equity Loans LLC, Sher Financial Group, Inc., and American Trust Capital Lending, Inc., should not be dismissed for failure to state a claim upon which relief can be granted. ECF No. 116; *see also Saifullah v. Johnson*, 948 F.2d 1282 (4th Cir. 1991) (per curiam) ("A court may, on its own initiative, dismiss a civil complaint for failing to state a claim" provided that the plaintiff is given "notice and an opportunity to be heard . . . ." (citation omitted)). Plaintiff was further ordered to show cause as to why Sher Financial Group, Inc., and American Trust Capital Lending, Inc. had not been served with process. *Id.* More than 28 days have passed since the Court entered its Order.

Accordingly, it is hereby **ORDERED**, by the United States District Court for the District of Maryland that:

1. Plaintiff's claims against Equity Loans LLC, Sher Financial Group, Inc., and American Trust Capital Lending, Inc. are hereby **DISMISSED**; and

2. The Clerk **SHALL SEND** a copy of this Order to Plaintiff.

Dated: June 10, 2016

GEORGE J. HAZEL
United States District Judge