THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER COLE.<br><br>               Plaintiff,<br>vs.<br><br>JH PORTFOLIO DEBT EQUITIES, LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC, CACH, LLC and SQUARETWO FINANCIAL CORPORATION,<br><br>               Defendants. | Civil Action No.<br><br>8:15-CV-01121-GJH |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS JH PORTFOLIO DEBT EQUITIES, LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC, CACH, LLC AND SQUARETWO FINANCIAL CORPORATION ONLY**

Plaintiff Jennifer Cole and Defendants JH Portfolio Debt Equities, LLC, Portfolio Recovery Associates, LLC, CACH, LLC and SquareTwo Financial Corporation, by and through their undersigned counsel, hereby stipulate and agree that all matters herein between them have been resolved, and that Plaintiff's claims against JH Portfolio Debt Equities, LLC, Portfolio Recovery Associates, LLC, CACH, LLC and SquareTwo Financial Corporation <u>only</u> should be dismissed, with prejudice, with each party to bear its own costs and fees.

WHEREFORE, Plaintiff Jennifer Cole and Defendants JH Portfolio Debt Equities, LLC, Portfolio Recovery Associates, LLC, CACH, LLC and

SquareTwo Financial Corporation respectfully request that this Honorable Court enter an Order dismissing Plaintiff's claims against these defendants only, with prejudice.

Respectfully submitted,

_____
JENNIFER COLE
68 Watkins Park Drive
Unit 4624
Upper Marlboro, MD 20775
jenniferwcole@aol.com
*Pro Se Plaintiff*

*s/ Lauren M. Burnette*
LAUREN M. BURNETTE
MD Bar No. 29597
**BARRON & NEWBURGER, P.C.**
450-106 State Road 13 N., Suite 326
St. Johns, FL 32202
lburnette@bn-lawyers.com
*Counsel for Defendant JH Portfolio Debt Equities, LLC, Portfolio Recovery Associates, LLC, CACH, LLC and SquareTwo Financial Corporation*