IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER COLE | : |
| Plaintiff, | : |
| v. | : Case No.: 8:15-cv-01121-GJH |
| CAPITAL ONE, NATIONAL ASSOCIATION, et al., | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Jennifer Cole and Experian Information Solutions, Inc. stipulate and agree that:

1. Plaintiff's complaint, claims and pleadings filed against Experian Information Solutions, Inc. are hereby dismissed with prejudice with Plaintiff and Experian Information Solutions, Inc. bearing their own attorney's fees, expert's fees and costs.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

Jennifer Cole
68 Watkins Park Drive, Unit 4624
Upper Marlboro, Maryland 20775
(202) 810-5720
*Plaintiff, Pro Se*

By: _____
Sandy David Baron, Esquire
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
301-255-0547
*Attorneys for Experian Information Solutions, Inc.*