**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND (GREENBELT)**

---

| | |
|---|---|
| JENNIFER COLE,<br>      Plaintiff, | CASE NO. 8:15-cv-01121-GJH |
| vs. | |
| TRANSWORLD SYSTEMS INC.;<br>SHER FINANCIAL GROUP INC.;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>E MORTGAGE MANAGEMENT LLC;<br>TRANS UNION, LLC; CAPITAL ONE<br>NATIONAL ASSOCIATION; WELLS<br>FARGO BANK NATIONAL ASSOCIATION;<br>CITIBANK, NA; UNITED CONSUMERS, INC.;<br>SQUARETWO FINANCIAL SERVICES<br>CORPORATION; CACH, LLC; PORTFOLIO<br>RECOVERY ASSOCIATES, LLC; OLIPHANT<br>FINANCIAL LLC; JH PORTFOLIO DEBT<br>EQUITIES, LLC; HERBERT A. ROSENTHAL<br>CHARTERED; DATA MORTGAGE, INC.;<br>EQUITY LOANS, LLC; GREAT PLAINS<br>NATIONAL BANK; AMERICAN TRUST<br>CAPITAL LENDING, INC.; and MORTGAGE<br>PRODUCERS, INC.;<br>      Defendants. | |

---

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

---

Plaintiff Jennifer Cole ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 9-13-2016

*[signature]*

Jennifer Cole
68 Watkins Park Drive, Unit 4624
Upper Marlboro, MD 20775

*Pro Se Plaintiff*

Date: 9/14/16

*[signature]*

H. Mark Stichel, Esq. (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD 21201
Telephone: (410) 752-9300
Fax: (410) 752-2519
E-Mail: hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*

Katherine Carlton Robinson, Esq. (801872)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **14th day of September, 2016**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Sandy David Baron, Esq. sbaron@shulmanrogers.com | E. Hutchinson Robbins, Jr., Esq. erobbins@milesstockbridge.com |
| Lauren M. Burnette, Esq. lmburnette@mdwcg.com | Keith Steven McGurgan, Esq. kmcgurgan@portfoliorecovery.com |
| Nathan Daniel Adler, Esq. nda@nqgrg.com | Charles F. Gormly, Esq. cfgormly@earthlink.net |
| Keith Steven McGurgan, Esq. kmcgurgan@portfoliorecovery.com | Walter Allen Pennington, Esq. wpennington@pennfirm.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **14th day of September, 2016**, properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff** Jennifer Cole 68 Watkins Park Drive, Unit 4624 Upper Marlboro, MD 20775 | |

/s/ H. Mark Stichel
H. Mark Stichel, Esq. (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD 21201
Telephone: (410) 752-9300
Fax: (410) 752-2519
E-Mail: hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*