UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO.: 8:15-cv-01121-GJH |
| CAPITAL ONE, N.A., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Jennifer Cole, and Defendant, Equifax Information Services LLC that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice against Defendant Equifax Information Services LLC, as settled, with each party to bear their own costs and expenses.

Respectfully submitted this 4th day of October, 2016.

/s/Jennifer Cole
Jennifer Cole
68 Watkins Park Drive, Unit 4624
Upper Marlboro, MD 20775
Pro Se Plaintiff


/s/Lewis P. Perling
Lewis P. Perling  (admitted pro hac vice)
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Tel.: (404) 572-3079
Fax: (404) 572-5138
LPerling@KSLaw.com
Attorney for Equifax Information Services LLC

-2-

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing via ECF to the following attorneys of record:

Lauren M Burnette
Barron & Newburger, P.C.
450-106 State Road 13 N.,
Suite 326
St. Johns, FL 32259
Email: lburnette@bn-lawyers.com
***Attorneys for Square Two Financial Services Corporation, Cach, LLC, Portfolio Recovery Associates, L.L.C., JH Portfolio Debt Equities, LLC***

Henry Mark Stichel
Gohn Hankey Stichel & Berlage LLP
201 N Charles St.
Suite 2101
Baltimore, MD 21201
Email: hmstichel@ghsllp.com

Katherine Carlton Robinson
Schuckit and Associates PC
4545 Northwestern Dr.
Zionsville, IN 46077
Email: krobinson@schuckitlaw.com
***Attorneys for Trans Union, LLC***

Charles F Gormly
Law Office of Charles F Gormly
5101 Wisconsin Ave NW
Suite 210
Washington, DC 20016
Email: cfgormly@earthlink.net
***Attorneys for Oliphant Financial, LLC, Herbert A. Rosenthal***

Sandy David Baron
Shulman Rogers Gandal Pordy and Ecker PA
12505 Park Potomac Ave
Sixth Fl
Potomac, MD 20854
Email: sbaron@shulmanrogers.com
***Attorneys for Experian Information Solutions, Inc.***

DATED: October 4, 2016

>/s/Lewis P. Perling
>Lewis P. Perling

-3-

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO.: 8:15-cv-01121-GJH |
| CAPITAL ONE, N.A., et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## **ORDER**

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff JENNIFER COLE, against Defendant EQUIFAX INFORMATION SERVICES LLC., be and the same hereby are DISMISSED WITH PREJUDICE, each party to bear his/its own costs.

This \_\_\_\_ day of October, 2016.

_____

JUDGE, United States District Court