UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER COLE, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 8:15-cv-01121-GJH |
| CAPITAL ONE, N.A., et al., | ) |
| Defendants. | ) |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 OCT 12  A 11: 19

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

## **ORDER**

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff JENNIFER COLE, against Defendant EQUIFAX INFORMATION SERVICES LLC., be and the same hereby are DISMISSED WITH PREJUDICE, each party to bear his/its own costs.

This 12th day of October, 2016.

_____
George Hcee
JUDGE, United States District Court