IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER COLE,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A., *et al*<br><br>    Defendants. | CASE NO. 8:15-cv-01121-GJH |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a), Plaintiff hereby dismisses any and all claims brought against Defendants Oliphant Financial LLC and Herbert A. Rosenthal Chartered with prejudice.

Respectfully submitted,

_____
Jennifer Cole
68 Watkins Park Drive, Unit 4624
Upper Marlboro, MD 20775
Phone:
*Plaintiff*

/s/ Charles F. Gormly
Charles F. Gormly
5101 Wisconsin Ave., NW, Suite 302
Washington, DC 20016
Phone: (202) 785-9773
Fax: (202) 659-3526
*Attorney for Defendants Oliphant and Herbert A. Rosenthal Chtd.*